| | |
|---|---|
| THOMAS J. ORR<br>321 HIGH STREET<br>BURLINGTON, NJ 08016<br>(609)386-8700<br>ATTORNEY FOR TRUSTEE | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 08-15536 (RTL)<br><br>Chapter 7 |
| In re:<br><br>ALFRED CAMPANA<br><br>Debtor. | NOTICE OF MOTION TO EXPUNGE CLAIM OF DARRYL CAMPANA<br><br>Hearing Date: 8/18/09 10AM<br>Oral Argument: Waived Unless Opposed |

TAKE NOTICE that the undersigned will apply to the United States Bankruptcy Court, 402 East State Street, Trenton, NJ 08608 on August 18, 2009 at 10AM for an order to Expunge Claim of Darryl Campana. The undersigned will rely on the attached certification. A proposed order is attached.

Thomas J Orr

/s/ Thomas J. Orr
Chapter 7 Trustee

Dated: July 9, 2009