Darryl S Campana
59-083 Hoalua St
Haleiwa, HI 96712
July 23, 2007


Dr. Albert Campana
492 North Main Street
Barnegat, NJ 08005

Dear Dr. Campana:

The purpose of this letter is to request payment of money owed regarding your Promissory Note.

On September 17, 2002, you signed a Promissory Note in my favor for the original principal amount of $201,000.00. The unpaid principal balance of this note at this time is $160,000.00.

You have not been on time with your payments from the beginning of this Promissory Note. I feel that I have been very lenient and patient with you. I no longer can accept your late payments. I will not continue chasing the amounts owed.

As the Promissory Note states you will also owe late charges of $25.00 per day if payment is not post marked before the 7th day of each month. As of August 7, 2007 I will start enforcing this collection.

Your circumstances involving Steve should have no bearing on this Promissory Note.

I have enclosed a copy of the Promissory Note.

Albert, please give this matter your prompt attention. We can due away with any late fees or penalties by simply making the monthly payment on time. Which is by the 7th day of the following month.
If you have already sent the check in the mail please adjust the outstanding balance accordingly.

If payment is not made by August 7, 2007 further action to enforce your obligations under the Promissory Note may be taken.

Your efforts in resolving this matter would be appreciated. Please respond with full payment at your earliest convenience.



Sincerely,

*Darryl Campana*
Darryl S Campana