| | |
|---|---|
| THOMAS J. ORR<br>321 HIGH STREET<br>BURLINGTON, NJ 08016<br>(609)386-8700<br>ATTORNEY FOR TRUSTEE | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 08-15536 (RTL)<br><br>Chapter 7 |
| In re:<br><br>ALFRED CAMPANA<br><br>Debtor. | AMENDED PROOF OF SERVICE OF ORDER TO EXPUNGE CLAIM OF DARRYL CAMPANA<br><br>Oral Argument: Waived unless Opposed |

On July 9, 2009, I electronically filed a copy of this motion, certification and proposed order with the Bankruptcy Court Clerk. On July 17, 2009, I electronically filed this amended Proof of Service to add the home residence of Darryl Campana and mailed the same documents to that address as well.

Thomas J. Orr<br>/s/Thomas J. Orr

Dated: July 17, 2009

## SERVICE LIST

ALBERT CAMPANA
492 N MAIN ST
BARNEGATE, NJ 08805
Debtor

SALLY PURRAZZELLA
PURRAZZELLA AND PURRAZELLA
3 FRANKLIN AVE., PO BOX 50
TOMS RIVER, NJ 08754
Debtor's Attorney

DARRYL CAMPANA
ATT: LOMBARDI & LOMBARDI
1862 OAK TREE RD.
POB 2065
EDISON, NJ 08818
Unsecured Creditor

DARRYL CAMPANA
59-083 HOALUA ST.
HALEIWA, HI 96712

UNITED STATES TRUSTEE
ONE NEWARK CENTER
SUITE 2100 NEWARK, NJ 07102

AMERICAN EXPRESS BANK
c/o BECKETT AND LEE LLP
POB 3001
MALVERN PA 19355-0701
Unsecured Creditor

WELLS FARGO BANK
BDD-BANKRUPTCY
PO BOX 53476
PHOENIX, AZ 85072
Unsecured Creditor
INDYMAC BANK

c/o FEIN, SUCH, KAHN & SHEPARD, PC
COUNSELLORS AT LAW
7 CENTURY DRIVE- SUITE 201
PARSIPPANY, NEW JERSEY 07054
Attorneys for Secured Creditor