

U. S. BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
(609)386-8700
ATTORNEY FOR TRUSTEE

| In re: | Case No. 08-15536 (RTL) |
|---|---|
| ALFRED CAMPANA, | Hearing Date: 8/18/09 at 10AM |
| Debtor. | Judge: Raymond T. Lyons |

ORDER EXPUNGING CLAIM OF DARRYL CAMPANA

The relief set forth on the following pages two (2) through two (2) is hereby ORDERED

**DATED: 8/18/2009**

_Raymond T. Lyons_
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

(Page 2)
Debtor: Alfred Campana
Case No. 08-15536 (RTL)
Caption of Order: Order Expunging Claim of Darryl Campana

The Court having reviewed the papers filed and for good cause shown, it is ORDERED that claim No. 1, the claim of Darryl Campana, for $201,000 filed 4/29/08 be expunged.

*Approved by Judge Raymond T. Lyons  August 18, 2009*